UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RONTAVEUS WALKER, individually and as administrator of the estate of Rodney Walker, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 20-397-DCR |
| V. | ) ) ) | |
| SOUTHERN HEALTH PARTNERS, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the parties' joint motion to amend the Scheduling Order. [Record No. 77] The parties request two-week extensions of the October 14, 2021, discovery deadline and the October 28, 2021, dispositive and *Daubert* motions deadline. They have scheduled mediation for October 25, 2021, and believe that these extensions will allow them to conserve resources and prepare for mediation.

The parties have received extensions of certain deadlines on two prior occasions. [Record Nos. 42 and 55] They sought to amend the Scheduling Order a third time, which the Court denied on July 23, 2021. [Record No. 65] The Court likewise declines to grant the extensions sought in the parties' most recent motion. The parties do not document any circumstances that would prevent them from meeting the current discovery deadline. Moreover, it is not unusual for litigants to prepare for and participate in mediation subject to deadlines previously set in a scheduling order. Thus, the parties have not demonstrated sufficient cause for the extensions they request.

- 2 -

Being sufficiently advised, it is hereby

**ORDERED** that the parties' joint motion to amend the Scheduling Order [Record No. 77] is **DENIED**.

Dated: October 12, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky